AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Kathleen Ling ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:12-cv-1363 |
| Zimmer, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Production, Inc., ZImmer US, Inc., Zimmer Surgical, Inc., and Zimmer Orthopaedic Surgical Products, Inc.

Date:     11/21/2012

*[signature]*
*Attorney's signature*

Phoebe A Wilkinson, 2606713
*Printed name and bar number*

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
*Address*

pwilkinson@chadbourne.com
*E-mail address*

(212) 408-5100
*Telephone number*

(212) 541-5369
*FAX number*