IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
WATERTOWN DIVISION

| | |
|---|---|
| KATHLEEN LING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 7:12-cv-1363-MAD-DEP |
| vs. ) | |
| ) | |
| ZIMMER, INC., ZIMMER HOLDINGS, INC., ) | |
| ZIMMER PRODUCTION, INC., ZIMMER US, ) | |
| INC., ZIMMER SURGICAL, INC., f/k/a ZIMMER ) | |
| ORTHOPAEDIC SURGICAL PRODUCTS, INC., ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT OF ZIMMER HOLDINGS, INC.**

Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, Defendant Zimmer Holdings, Inc., states that it is a publicly held corporation, and that no other publicly held corporation owns 10% or more of Zimmer Holdings, Inc., stock.

Dated: November 26, 2012

Respectfully submitted,

/s/Phoebe A. Wilkinson
Phoebe A. Wilkinson
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-5100
Facsimile:   (646) 710-1157
Email:  pwilkinson@chadbourne.com

*Attorney for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Production, Inc., Zimmer US, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc.*

DMS_US 51133584v1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Corporate Disclosure Statement has been served via the Court's electronic filing system on the 26th day of November, 2012, upon the following counsel of record:

>Gregg J. Borri
>BORRI LAW OFFICES
>61 Broadway, Suite 2820
>New York, NY 10006-2820
>Gborri@borrilaw.com
>
>*Attorney for Plaintiff*

/s/Phoebe A. Wilkinson

DMS_US 51133584v1