IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
WATERTOWN DIVISION

| | |
|---|---|
| KATHLEEN LING, | ) |
|              Plaintiff, | ) |
| vs. | ) Case No. 7:12-cv-1363-MAD-DEP |
| ZIMMER, INC., ZIMMER HOLDINGS, INC., ZIMMER PRODUCTION, INC., ZIMMER US, INC., ZIMMER SURGICAL, INC., f/k/a ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., | ) |
|              Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF ZIMMER PRODUCTION, INC.**

Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, Defendant Zimmer Production, Inc., states it is a wholly-owned subsidiary of Zimmer, Inc.  Zimmer, Inc., is a wholly-owned subsidiary of Zimmer Holdings, Inc., which is a publicly held corporation. No other publicly held corporation owns 10% or more of Zimmer Production, Inc., stock.

Dated: November 26, 2012

                                                      Respectfully submitted,

                                                      /s/Phoebe A. Wilkinson
                                                  Phoebe A. Wilkinson
                                                  CHADBOURNE & PARKE LLP
                                                  30 Rockefeller Plaza
                                                 New York, NY  10112
                                                 Telephone:  (212) 408-5100
                                                 Facsimile:   (646) 710-1157
                                                 Email:  pwilkinson@chadbourne.com

                                                 *Attorney for Zimmer, Inc., Zimmer Holdings, Inc.,*
                                                 *Zimmer Production, Inc., Zimmer US, Inc., and*
                                                 *Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic*
                                                 *Surgical Products, Inc.*

DMS_US 51133578v1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Corporate Disclosure Statement has been served via the Court's electronic filing system on the 26th day of November, 2012, upon the following counsel of record:

>Gregg J. Borri
>BORRI LAW OFFICES
>61 Broadway, Suite 2820
>New York, NY 10006-2820
>Gborri@borrilaw.com
>
>*Attorney for Plaintiff*

/s/Phoebe A. Wilkinson