UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF | ) | |
| | ) | |
| ADRIENNE FRANCO BUSBY | ) | **ORDER** |
| | ) | |
| | ) | |
| TO BE ADMITTED TO THE UNITED STATES | ) | |
| DISTRICT COURT FOR THE NORTHERN | ) | |
| DISTRICT OF NEW YORK | ) | |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, ADRIENNE FRANCO BUSBY is hereby accepted for

☐   Permanent Admission to practice in the United States District Court for the
Northern District of New York.

☒   Pro Hac Vice Admission to practice in the United States District Court for the
Northern District of New York for the particular case of :
Ling v. Zimmer, Inc., et al., 7:12-cv-1363-MAD-DEP                                   .

IT IS SO ORDERED

Dated : ___1/4/13_____

_____
David E. Peebles
U.S. Magistrate Judge