UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF )
)
JESSICA BENSON COX ) ORDER
)
)
TO BE ADMITTED TO THE UNITED STATES )
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF NEW YORK )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, __JESSICA BENSON COX__ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
Ling v. Zimmer, Inc., et al., 7:12-cv-1363-MAD-DEP                        .

IT IS SO ORDERED

Dated : __1/4/13__

*David E. Peebles*
**David E. Peebles**
**U.S. Magistrate Judge**